UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER,
                     Plaintiff,

       -v-

EMPIRE HOTEL GROUP, L.L.C.,
                     Defendant.

20-CV-7791 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant was served on October 2, 2020, and no response to the complaint was filed in the allotted time. In December 2020, Plaintiff indicated that she and Defendant were settling the case. The settlement efforts, however, appear to have failed. On June 17, 2021, Plaintiff obtained a Certificate of Default as to Defendant.

    Plaintiff has not yet moved for a default judgment. Plaintiff is directed to notify the Court whether she intends to move for default judgment, or if she has received any communication from Defendant or its counsel regarding the settlement of this case.

    If Plaintiff fails by August 18, 2021, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: August 5, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge